# EXHIBIT B

# Explore

⚙ Settings

← Tweet

🔍 Search Twitter

**Brian Feinzimer** @bfeinzimer · Jun 2, 2020

Activists with Black Lives Matter LA have led a demonstration to defund the LAPD outside Mayor Garcetti's home in Hancock Park and is asking more individuals to show up to join the rally.

0:16  107.3K views

💬 76   🔁 977   ♡ 2.4K   ⬆

### New to Twitter?

Sign up now to get your own personalized timeline!

**G** Sign up with Google

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### Relevant people

**Brian Feinzimer**
@bfeinzimer    [ Follow ]

photojournalist from SELA | T1D | contrib w @lataco, @kcrw, @LAist/@kpcc, @capitalandmain | brian@feinphoto.com | 🧢💰
venmo.com/Brian-Feinzimer

## Replies

**blank** @NiceTryFBI161 · Jun 2, 2020
Replying to @bfeinzimer
Love it

💬 1   🔁   ♡ 2   ⬆

**Frida Smith**❤️ @fridasmith0501 · Jun 2, 2020
Replying to @bfeinzimer
@jennpruitt3

💬 1   🔁   ♡   ⬆

## More Tweets

**AshleyStevens** @The_Acumen · 7h
Letting the eviction moratorium end, while cities across America *ahem LA* are criminalizing homelessness is a choice. A very cruel, heartless, and intentional choice.

💬 24   🔁 633   ♡ 1.9K   ⬆

**Sawyer Hackett** ✓ @SawyerHackett · 20h
A couple hundred people showed up at the Capitol at midnight to protest as the eviction moratorium expires.

Thank you to @CoriBush, @AOC, @AyannaPressley and others for pushing this.

💬 14   🔁 145   ♡ 1.1K   ⬆

Show this thread

**Maebe A. Girl** ✓ @Maebe_A_Girl · 22h
Got called a F*gg*t while canvassing today. Transphobia and homophobia exist in LA.

💬 35   🔁 59   ♡ 552   ⬆

**Justice For Ashli Babbitt** @ForAshli · 22h
In the United States we don't stay home when we have a legitimate concern and valid reason to protest. Occupying Gov't buildings has been a long accepted practice of protest and our 1st Amendment Rights.

If you justify this killing, you justify all future killings of protestors.

> 🔒 **jeannette** @jeannet70492203 · 23h
> Replying to @ForAshli
> Sorry she died but she wouldn't have had she stayed home

### What's happening

**Television · LIVE**
BBNaija: All the action from the house 🇳🇬
Trending with #BBNaijia, Arin

**USA TODAY** ✓ · 4 hours ago
'If what I just heard becomes public, the president will be impeached.' The man who sparked Trump's first impeachment tells his story

**Entertainment · Trending**
Matt Damon
18.3K Tweets

**Bloomberg Op** ✓ · Yesterday
Tick season could be bad this year. Here's what you need to know

**Video games · Trending**
Niantic
6,484 Tweets

Show more

Terms of Service  Privacy Policy
Cookie Policy  Ads info  More···
© 2021 Twitter, Inc.







